# United States District Court
## District of Nevada (Reno)
## CIVIL DOCKET FOR CASE #: 3:16-cv-00418-MMD-VPC
## Internal Use Only

Medchoice Risk Retention Group, Inc. v. Robert G. Rand, M.D., et al.
Assigned to: Judge Miranda M. Du
Referred to: Magistrate Judge Valerie P. Cooke
 Case: 2:16-cv-01630
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 07/12/2016
Jury Demand: Defendant
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Medchoice Risk Retention Group, Inc.**    represented by    **Shauna M. Ehlert**
Cozen O'Connor
999 Third Avenue
Suite 1900
Seattle, WA 98104
206-340-1000 x1251
Fax: 206-621-8783
Email: sehlert@cozen.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Damon A Schuetze**
Schuetze & McGaha, P.C.
601 S. Rancho Drive
Suite C-20
Las Vegas, NV 89106
702-369-3225
Fax: 702-369-2110
Email: das@smlvlaw.net
*ATTORNEY TO BE NOTICED*

**Michael W. Melendez**
Cozen O'Connor
575 Market Street
Suite 2200
San Francisco, CA 94105
415-644-0914
Fax: 415-644-0978
Email: mmelendez@cozen.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Robert G. Rand**
*M.D.*

represented by **Victor Alan Perry**
1701 W. Charleston Blvd., Ste. 200
Las Vegas, NV 89102
702-870-2400
Fax: 702-870-8220
Email: vperry@perryspann.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan W Westbrook**
Perry & Westbrook
1701 W. Charleston Blvd.
Suite 200
Las Vegas, NV 89102
702-870-2400
Fax: 702-870-8220
Email: awestbrook@perrywestbrook.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rand Family Care, LLC**

represented by **Victor Alan Perry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan W Westbrook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Cyndi Papez Yenick**

represented by **William C. Jeanney**
Bradley Drendel & Jeanney
401 Flint St
PO Box 1987
Reno, NV 89501
775-335-9999
Email: wcjeanney@bdjlaw.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Robert G. Rand**
*M.D.*

represented by **Victor Alan Perry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan W Westbrook**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Rand Family Care, LLC** | represented by | **Victor Alan Perry** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Alan W Westbrook** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Medchoice Risk Retention Group, Inc.** | represented by | **Shauna M. Ehlert** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Damon A Schuetze** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Michael W. Melendez** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2016 | 1 | COMPLAINT *For Rescission Or, In The Alternative, For Declaratory Judgment* against Robert G. Grand, M.D. and Rand Family Care LLC (Filing fee $400 receipt number 0978-4194437), filed by Medchoice Risk Retention Group, Inc.. Proof of service due by 10/10/2016. (Attachments: # 1 Exhibit A - Coroners Med Request, # 2 Exhibit B - MedChoice Renewal App, # 3 Exhibit C - Professional Liability App, # 4 Exhibit D - Retroactive Coverage Form, # 5 Exhibit E - No Loss Letter, # 6 Exhibit F - Rand Records Request, # 7 Exhibit G - Rand Yenick Complaint, # 8 Exhibit H - Rand Criminal Complaint, # 9 Exhibit I - Rand Policy, # 10 Exhibit J, # 11 Civil Cover Sheet, # 12 Summons Dr. Rand, # 13 Summons Rand Family Care)(Melendez, Michael) <br><br> NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1-1, a party must <u>immediately</u> file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 07/12/2016) |

| | | |
|---|---|---|
| 07/12/2016 | 2 | CERTIFICATE of Interested Parties filed by Medchoice Risk Retention Group, Inc. that identifies all parties that have an interest in the outcome of this case. Other Affiliate Medchoice Risk Retention Group, Inc., Other Affiliate Robert G. Rand, M.D., Other Affiliate Rand Family Care, LLC for Medchoice Risk Retention Group, Inc. added. *Plaintiff MedChoice Risk Retention Group, Inc. Corporate Disclosure Statement and Certificate of Interested Parties*. (Melendez, Michael) (Entered: 07/12/2016) |
| 07/12/2016 | | Case assigned to District Judge Larry R. Hicks and Magistrate Judge Valerie P. Cooke. (WJ) (Entered: 07/12/2016) |
| 07/12/2016 | 3 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 11-2. Counsel Shauna Martin Ehlert to comply with completion and electronic filing of the Designation of Local Counsel and Verified Petition. For your convenience, click on the following link to obtain the form from the Court's website - www.nvd.uscourts.gov/Forms.aspx.<br><br>Upon approval of the Verified Petition, counsel is required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of pleadings. Please visit the Court's website **www.nvd.uscourts.gov** to register Attorney(s). Verified Petition due by 8/26/2016. **(no image attached)** (WJ) (Entered: 07/12/2016) |
| 07/13/2016 | 🔒 | (Court only) ***Staff notes: Case setup review. (DRM) Modified - 2 exhibits containing personal identifiers changed to private access on 7/13/2016(LG). (Entered: 07/13/2016) |
| 07/13/2016 | 4 | SUMMONS ISSUED as to All Defendants. ( Attachments: # 1 Rand Family Care LLC )(DRM) (Entered: 07/13/2016) |
| 07/13/2016 | 5 | MINUTE ORDER IN CHAMBERS of the Honorable Chief Judge Gloria M. Navarro, on 7/13/2016. IT IS ORDERED that this case is reassigned to Judge Miranda M. Du for all further proceedings. Judge Larry R. Hicks no longer assigned to case. All further documents must bear the correct case number **3:16-cv-00418-MMD-VPC. (no image attached)** (Copies have been distributed pursuant to the NEF - BLG) (Entered: 07/13/2016) |
| 08/04/2016 | 6 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Shauna Martin Ehlert and DESIGNATION of Local Counsel Michael M. Melendez (Filing fee $ 250 receipt number 0978-4227766) filed by Plaintiff Medchoice Risk Retention Group, Inc. *Verified Petition For Permission to Practice In This Case Only By Attorney Not Admitted To The Bar of This Court And Designation of Local Counsel*. (Melendez, Michael) (Entered: 08/04/2016) |
| 08/05/2016 | 7 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Miranda M. Du, on 8/5/2016. By Deputy Clerk: Peggie Vannozzi. The Court denies ECF No. 6 , Shauna Martin Ehlert's Verified Petition for Permission to Practice Pro Hac Vice and Designation of Local Counsel for failure to comply with LR 11-2(b)(3). Petitioner may cure the deficiency by filing a notice of corrected image that contains the Certificate of Good Standing |

| | | |
|---|---|---|
| | | and link the corrected image to the original verified petition (ECF No. 6 .) Petitioner is to comply with the rules by 8/19/2016. (Copies have been distributed pursuant to the NEF - PAV) (Entered: 08/05/2016) |
| 08/08/2016 | 8 | NOTICE of Corrected Image/Document re 6 Verified Petition, by Plaintiff Medchoice Risk Retention Group, Inc.. (Service of corrected image is attached). (Attachments: # 1 Exhibit A - Certificate of Good Standing) (Melendez, Michael) (Entered: 08/08/2016) |
| 08/09/2016 | 9 | ORDER APPROVING ECF No. 6 / 8 Verified Petition for Permission to Practice Pro Hac Vice by Attorney Shauna Martin Ehlert for Medchoice Risk Retention Group, Inc., and DESIGNATION of Local Counsel Damon Schuetze Signed by Judge Miranda M. Du on 8/8/2016. (Copies have been distributed pursuant to the NEF - DRM) Modified on 8/9/2016 to reflect : Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (DRM). (Entered: 08/09/2016) |
| 08/19/2016 | 10 | MOTION to Intervene by Intervenor Cyndi Papez Yenick. Responses due by 9/5/2016. (Attachments: # 1 Exhibit)(Jeanney, William) (Entered: 08/19/2016) |
| 08/19/2016 | 11 | CERTIFICATE of Interested Parties filed by Cyndi Papez Yenick. There are no known interested parties other than those participating in the case . (Jeanney, William) (Entered: 08/19/2016) |
| 08/22/2016 | 🔒 | (Court only) **NON-PUBLIC** Deadline set by 7 terminated. (PAV) (Entered: 08/22/2016) |
| 08/29/2016 | 12 | SUMMONS Returned Executed by Medchoice Risk Retention Group, Inc. re 4 Summons Issued, 1 Complaint,,,,. Rand Family Care, LLC served on 8/5/2016, answer due 8/26/2016. (Ehlert, Shauna) (Entered: 08/29/2016) |
| 08/29/2016 | 13 | SUMMONS Returned Executed by Medchoice Risk Retention Group, Inc. re 4 Summons Issued, 1 Complaint,,,,. Robert G. Rand served on 8/9/2016, answer due 8/30/2016. (Ehlert, Shauna) (Entered: 08/29/2016) |
| 08/30/2016 | 14 | ANSWER to 1 Complaint,,,, with Jury Demand (, Discovery Plan/Scheduling Order due by 10/14/2016.), COUNTERCLAIM against Medchoice Risk Retention Group, Inc. filed by Robert G. Rand, Rand Family Care, LLC.(Westbrook, Alan)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1-1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 08/30/2016) |
| 08/30/2016 | 15 | CERTIFICATE of Interested Parties filed by Robert G. Rand, Rand Family Care, LLC. There are no known interested parties other than those participating in the case . (Westbrook, Alan) (Entered: 08/30/2016) |
| 08/31/2016 | 16 | RESPONSE to 10 Motion to Intervene, filed by Counter Claimants Robert G. Rand, Rand Family Care, LLC, Defendants Robert G. Rand, Rand |

| Date | # | Description |
|---|---|---|
| | | Family Care, LLC. Replies due by 9/10/2016. (Attachments: # 1 Exhibit 1) (Westbrook, Alan) (Entered: 08/31/2016) |
| 08/31/2016 | 🔒 | (Court only) **NON-PUBLIC** Attorney update in case: Attorney Victor Alan Perry for Robert G. Rand,Victor Alan Perry for Robert G. Rand,Victor Alan Perry for Rand Family Care, LLC,Victor Alan Perry for Rand Family Care, LLC added. See 14 (BLG) (Entered: 08/31/2016) |
| 08/31/2016 | 17 | ERRATA to 1 Complaint,,,, ; *Errata to exhibits A and C of Complaint* filed by Plaintiff Medchoice Risk Retention Group, Inc.. (Attachments: # 1 Exhibit Exh. A-Coroners Med Request-Redacted, # 2 Exhibit Exh. C Redacted)(Melendez, Michael) (Entered: 08/31/2016) |
| 09/06/2016 | 18 | RESPONSE to 10 Motion to Intervene, filed by Plaintiff Medchoice Risk Retention Group, Inc.. Replies due by 9/16/2016. (Ehlert, Shauna) (Entered: 09/06/2016) |
| 09/07/2016 | 19 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Valerie P. Cooke, on 9/7/2016. By Deputy Clerk: LGM. A case management conference is set for **10/31/2016** at **09:00 AM** in Reno Courtroom 1 before Magistrate Judge Valerie P. Cooke. Out-of-state and out-of-town counsel shall be allowed to appear telephonically for this hearing and shall dial **877-336-1829** at least five (5) minutes prior to the hearing to be properly connected into the courtroom. The **access code** is **2809752** and the **security code** is **16418**. The parties shall jointly file a case management report by no later than the close of business on **Thursday, October 13, 2016**. See the attached order for specifications. (Copies have been distributed pursuant to the NEF - LGM) (Entered: 09/07/2016) |
| 09/13/2016 | 20 | JOINDER *in Plaintiff's Motion to Seal Filed in Case No. 2:16-cv-01630 as Document 3* filed by Counter Claimants Robert G. Rand, Rand Family Care, LLC, Defendants Robert G. Rand, Rand Family Care, LLC. (Westbrook, Alan) (Entered: 09/13/2016) |
| 09/14/2016 | 21 | STIPULATION FOR EXTENSION OF TIME (First Request) re 16 Response to Motion ; *to Reply to Defendants/Counterclaimants Robert G. Rand, M.D. and Rand Family Care, LLC's Opposition to the Yenick Family's Motion to Intervene* by Intervenor Cyndi Papez Yenick. (Jeanney, William) (Entered: 09/14/2016) |
| 09/14/2016 | 22 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Miranda M. Du, on 9/14/2016. By Deputy Clerk: Peggie Vannozzi. It is ordered: ECF No. 21 Stipulation to extend time is denied for failure to comply with LR 6-1(a). (Copies have been distributed pursuant to the NEF - PAV) (Entered: 09/14/2016) |
| 09/15/2016 | 23 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Miranda M. Du, on 9/15/2016. By Deputy Clerk: Peggie Vannozzi. Plaintiff filed a Motion to Seal Exhibits 1-1 and 1-3 to the Complaint in 2:16-cv-1630 before the case was transferred to the unofficial northern division of the district. Defendants filed a Joinder in the Motion (ECF No. 20 .) Good |

| | | |
|---|---|---|
| | | cause appearing, Plaintiff's Motion to Seal Exhibits A and C (ECF No. 1 -1 and 1 -3) of the Complaint is granted. The Clerk is to seal those exhibits. **(no image attached)** (Copies have been distributed pursuant to the NEF - PAV) (Entered: 09/15/2016) |
| 09/15/2016 | 🔒 | (Court only) ***Staff notes: Minute order granting Motion to seal was entered in 2:16-cv-1630. Motion has been terminated in that case. Counsel reminded to file future documents under this case number. (PAV) Modified on 9/15/2016 to indicate the attachments 1 and 3 are sealed (PAV). (Entered: 09/15/2016) |
| 09/15/2016 | 24 | STIPULATION FOR EXTENSION OF TIME (First Request) re 16 Response to Motion ; by Intervenor Cyndi Papez Yenick. (Jeanney, William) (Entered: 09/15/2016) |
| 09/16/2016 | 25 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Miranda M. Du, on 9/16/2016. By Deputy Clerk: Peggie Vannozzi. denying 24 Stipulation re ECF No. 16 Response to Motion by Intervenor Cyndi Papez Yenick. LR IA 6-1(a) states as follows: "A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted." ECF No. 24 does not comply with the rule and is therefore denied. (Copies have been distributed pursuant to the NEF - PAV) (Entered: 09/16/2016) |
| 09/16/2016 | 26 | STIPULATION FOR EXTENSION OF TIME (First Request) re 16 Response to Motion ; by Intervenor Cyndi Papez Yenick. (Jeanney, William) (Entered: 09/16/2016) |
| 09/19/2016 | 27 | STIPULATION FOR EXTENSION OF TIME (Second Request) re 18 Response to Motion, 16 Response to Motion ; by Intervenor Cyndi Papez Yenick. (Jeanney, William) (Entered: 09/19/2016) |
| 09/19/2016 | 28 | ORDER **granting** ECF No. 26 Stipulation to Extend Time to Reply to Defendant/Counterclaimants Robert G. Rand, M.D., and Rand Family Care, LLC's Opposition to the Yenick Family's Motion to Intervene. Reply due **September 19, 2016**. Signed by Judge Miranda M. Du on 09/16/2016. (Copies have been distributed pursuant to the NEF - KW) (Entered: 09/20/2016) |
| 09/20/2016 | 29 | REPLY to Response to 10 Motion to Intervene filed by Intervenor Cyndi Papez Yenick. *Reply Memorandum in Support of Motion to Intervene* (Attachments: # 1 Exhibit Proposed Answer)(Jeanney, William) (Entered: 09/20/2016) |
| 09/23/2016 | 30 | ORDER **granting** ECF No. 27 Stipulation to Extend Time (second request) to file Reply to Defendant/Counterclaimants Robert G. Rand, M.D., and Rand Family Care, LLC's Opposition to the Yenick Family's Motion to Intervene. **Reply due by 9/21/2016.** Signed by Magistrate Judge Valerie P. Cooke on 09/22/2016. (Copies have been distributed pursuant to the NEF - KW) (Entered: 09/23/2016) |
| 09/23/2016 | 📎 31 | |

| | | |
|---|---|---|
| | | MOTION to Dismiss *Defendants' Counterclaims* re 14 Answer to Complaint,,, Counterclaim,, by Plaintiff Medchoice Risk Retention Group, Inc.. Responses due by 10/10/2016. (Ehlert, Shauna) (Entered: 09/23/2016) |
| 09/23/2016 | 32 | REQUEST for Judicial Notice re 31 Motion to Dismiss ; by Plaintiff Medchoice Risk Retention Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Ehlert, Shauna) (Entered: 09/23/2016) |
| 10/10/2016 | 33 | RESPONSE to 31 Motion to Dismiss, filed by Counter Claimants Robert G. Rand, Rand Family Care, LLC, Defendants Robert G. Rand, Rand Family Care, LLC. *and Request for Court to Take Judicial Notice* Replies due by 10/20/2016. (Westbrook, Alan) (Entered: 10/10/2016) |
| 10/13/2016 | 34 | CASE MANAGEMENT REPORT *Case Management Conference: October 31, 2016 at 9:00 a.m.* by Plaintiff Medchoice Risk Retention Group, Inc.. (Ehlert, Shauna) (Entered: 10/13/2016) |
| 10/14/2016 | 35 | REPORT AND RECOMMENDATION - Recommended that ECF No. 10 Yenicks' Motion to Intervene be denied. Objections to R&R due by **10/31/2016.** Signed by Magistrate Judge Valerie P. Cooke on 10/14/2016. (Copies have been distributed pursuant to the NEF - KW) (Entered: 10/14/2016) |
| 10/20/2016 | 36 | REPLY to Response to 31 Motion to Dismiss filed by Plaintiff Medchoice Risk Retention Group, Inc.. (Ehlert, Shauna) (Entered: 10/20/2016) |
| 10/20/2016 | 37 | RESPONSE to 33 Response to Motion,, *Medchoice's Objection to Rand's Request for Judicial Notice* filed by Plaintiff Medchoice Risk Retention Group, Inc.. (Ehlert, Shauna) (Entered: 10/20/2016) |
| 10/26/2016 | 38 | MOTION to Stay by Counter Claimants Robert G. Rand, Rand Family Care, LLC, Defendants Robert G. Rand, Rand Family Care, LLC. (Westbrook, Alan) (Entered: 10/26/2016) |
| 10/28/2016 | 39 | OBJECTION to 10 35 Report and Recommendation re 10 Motion by Intervenor Cyndi Papez Yenick. Response to Objections to R&R due by 11/14/2016. (Jeanney, William) Modified on 10/31/2016 event/link & text correction. (BLG). (Entered: 10/28/2016) |
| 10/31/2016 | 40 | MINUTES OF PROCEEDINGS - Case Management Conference held on 10/31/2016 before Magistrate Judge Valerie P. Cooke. Crtrm Administrator: *LGM*; Pla Counsel: *Shauna Ehlert and Michael Melendez (Both by telephone)*; Def Counsel: *Victor Perry*; Court Reporter/FTR #: *9:05:14 - 9:25:36*; Time of Hearing: *9:05 a.m.*; Courtroom: *1*; The Court and counsel review the parties' case management report (ECF No. 34 ). See the attached order for specifications. (Copies have been distributed pursuant to the NEF - LGM) (Entered: 11/01/2016) |
| 11/09/2016 | 41 | RESPONSE to 39 Objections re LR IB 3-1 or Motion for District Judge to Reconsider Order, 35 Report and Recommendation,, filed by Plaintiff Medchoice Risk Retention Group, Inc.. (Ehlert, Shauna) (Entered: 11/09/2016) |
| | | |

| Date | # | Description |
|---|---|---|
| 11/09/2016 | 42 | RESPONSE to 38 Motion to Stay, filed by Plaintiff Medchoice Risk Retention Group, Inc.. Replies due by 11/19/2016. (Ehlert, Shauna) (Entered: 11/09/2016) |
| 11/18/2016 | 43 | REPLY to Response to 38 Motion to Stay filed by Counter Claimants Robert G. Rand, Rand Family Care, LLC, Defendants Robert G. Rand, Rand Family Care, LLC. (Westbrook, Alan) (Entered: 11/18/2016) |
| 11/21/2016 | 🔒 | (Court only) **NON-PUBLIC** Motions No Longer Referred: 38 Motion to Stay Action (DN) (Entered: 11/21/2016) |
| 03/16/2017 | 44 | ORDER that the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke ECF No. 39 is adopted in full. The motion to intervene ECF No. 10 is denied. Signed by Judge Miranda M. Du on 03/15/2017. (Copies have been distributed pursuant to the NEF - KW) (Entered: 03/16/2017) |
| 03/16/2017 | 🔒 | (Court only) **NON-PUBLIC** Motions terminated: 39 Objections re LR IB 3-1 or Motion for District Judge to Reconsider Order filed by Cyndi Papez Yenick. (BLG) (Entered: 03/17/2017) |
| 05/10/2017 | 45 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Miranda M. Du, on 5/10/2017. By Deputy Clerk: Peggie Vannozzi. <br><br>A hearing is set for 5/24/2017 at 1:30 PM in Reno Courtroom 5 before Judge Du on the following motions:<br><br>(1) ECF No. 31 , MOTION to Dismiss *Defendants' Counterclaims* re 14 Answer to Complaint,,, Counterclaim; and<br>(2) ECF No. 38 , MOTION to Stay .<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - PAV) Modified on 5/10/2017 (PAV). (Entered: 05/10/2017) |
| 05/16/2017 | | MINUTE ORDER IN CHAMBERS of the Honorable Judge Miranda M. Du, on 5/16/2017. By Deputy Clerk: Peggie Vannozzi. The hearing on the Motion to Dismiss Defendants' Counterclaims (ECF No. 31 ) and Counterclaimants' Motion to Stay (ECF No. 38 ) set for 5/24/2017 at 1:30 PM is reset to 6/28/2017 at 2:30 PM in Reno Courtroom 5 before Judge Miranda M. Du. (Copies have been distributed pursuant to the NEF - PAV) (Entered: 05/16/2017) |
| 05/18/2017 | 46 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Miranda M. Du, on 5/18/2017. By Deputy Clerk: Peggie Vannozzi. The motions hearing set for 6/28/2017 at 2:30 PM is advanced to 5/31/2017 at 1:30 PM. **(no image attached)** (Copies have been distributed pursuant to the NEF - PAV) (Entered: 05/18/2017) |