UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MEDCHOICE RISK RETENTION GROUP, INC., | ) ) ) | 3:16-CV-0418-MMD (VPC) |
| Plaintiff, | ) ) | **MINUTES OF THE COURT** |
| vs. | ) ) | January 9, 2018 |
| ROBERT G. RAND, et al., | ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED CLAIMS | ) ) ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Victor Alan Perry, Esq. and the law firm of Perry & Westbrook filed a motion to withdraw as counsel for defendants Robert G. Rand, and Rand Family Care LLC (ECF No. 48). No opposition was filed. The motion to withdraw as counsel (ECF No. 48) is **GRANTED**.

A copy of this order and all documents hereafter filed shall be served on defendants via regular mail at the following address:

> Robert G. Rand
> Rand Family Care LLC c/o Robert G. Rand
> Washoe County Detention Center
> Inmate No. 1607561
> 911 Parr Blvd.
> Reno, NV 89512

Defendants are advised that the Ninth Circuit has held that a "corporation may appear in federal court only through licensed counsel." *United States v. High Country Broad Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Therefore, the corporate defendant shall file a substitution of counsel on or before **Wednesday, February 7, 2018.**

**IT IS SO ORDERED.**             DEBRA K. KEMPI, CLERK
                  By:      /s/
                       Deputy Clerk