## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MEDCHOICE RISK RETENTION GROUP, INC., | ) ) ) | 3:16-CV-0418-MMD (VPC) |
| Plaintiff, | ) ) | **MINUTES OF THE COURT** |
| vs. | ) ) | January 10, 2018 |
| ROBERT G. RAND, et al., | ) ) | |
| Defendants. | ) ) | |
| AND RELATED CLAIMS | ) ) ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:            LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has become aware that Robert Rand has been transferred to U.S. Penitentiary Lompoc. Therefore, the Clerk of Court shall change Mr. Rand's address to:

> Robert G. Rand #23467-111
> Rand Family Care LLC c/o Robert G. Rand
> U.S. Penitentiary Lompoc
> 3901 Klein Blvd.
> Lompoc, CA  93436

The Clerk shall mail a copy of the court's order (ECF No. 58) to Mr. Rand.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:            /s/            
Deputy Clerk