Michael W. Melendez
Nevada Bar No. 6741
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, California 94104
Phone: (415) 644-0914
Fax: (415) 644-0978
Email: mmelendez@cozen.com

Shauna Martin Ehlert
*Admitted Pro Hac Vice*
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Phone: (206) 340-1000
Fax: (206) 621-8783
Email: sehlert@cozen.com

Designation for Service Only:
Damon Schuetze
Nevada Bar No. 4047
Schuetze & McGaha
601 South Rancho Drive, Suite C-20
Las Vegas, NV 89106

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEDCHOICE RISK RETENTION GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>ROBERT G. RAND, M.D., and RAND FAMILY CARE LLC<br><br>Defendant. | Case No. 3:16-cv-00418-MMD-VPC<br><br>**ORDER TO:**<br><br>(1) CONTINUE CASE MANAGEMENT CONFERENCE;<br>(2) ALLOW APPEARANCE BY TELEPHONE |

## JOINT STIPULATION

Plaintiff MedChoice Risk Retention Group, Inc. and Defendants Robert G. Rand, M.D. and Rand Family Care LLC, by and through their respective counsel, hereby stipulate and agree as follows:

JOINT STIPULATION TO 1) CONTINUE CASE MGMT. CONF.; AND 2) APPEAR VIA TELEPHONE

1

34524482\1

1. Plaintiff MedChoice submitted a Case Management Report on February 9, 2018;

2. On February 13, 2018, new counsel Matthew Sharp filed a Notice of Appearance to represent Defendants;

3. The Case Management Conference in this action is currently scheduled for February 21, 2018;

4. Plaintiff MedChoice's lead counsel Shauna Martin Ehlert will be out of the office and is unavailable to appear for the Conference currently scheduled on February 21, 2018;

5. Therefore, the parties jointly request that the Court continue the Case Management Conference to March 7, 2018, at 2:30 p.m.;

6. Any changes to the previously submitted Case Management Report shall be submitted by March 2, 2018;

6. Plaintiff MedChoice hereby moves/requests permission for counsel to be allowed to appear by telephone for the scheduled Case Management Conference.

Respectfully submitted this 16th day of February, 2018.

| COZEN O'CONNOR | MATTHEW L. SHARP, LTD. |
|---|---|
| By: /s/ Shauna Martin Ehlert<br>Michael W. Melendez,<br>Nevada Bar No. 6741<br>575 Market Street, Suite 2200<br>San Francisco, California 94105<br>Phone: (415) 644-0914<br>Email: mmelendez@cozen.com<br><br>Shauna Martin Ehlert<br>*Admitted Pro Hac Vice*<br>999 Third Avenue, Suite 1900<br>Seattle, Washington 98104<br>Phone: (206) 340-1000<br>Email: sehlert@cozen.com<br><br>*Attorneys for Plaintiff* | By: /s/ Matthew L. Sharp (Per Email Authorization)<br>Matthew L. Sharp<br>Nevada Bar No. 4746<br>432 Ridge Street<br>Reno, NV 89501<br>Phone: (775) 324-1500<br>Fax: (775) 284-0675<br>Email: matt@mattsharplaw.com<br><br>*Attorneys for Defendants*<br><br>IT IS SO ORDERED<br>_____<br>U.S. MAGISTRATE JUDGE<br><br>DATED: February 16, 2018 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was served on February 16, 2018, via the Court's CM/ECF system, to all registered participants as identified on the Notice of Electronic Filing.

/s/ *Shauna Martin Ehlert*
Shauna Martin Ehlert