Michael W. Melendez
Nevada Bar No. 6741
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, California 94104
Phone: (415) 644-0914
Fax: (415) 644-0978
Email: mmelendez@cozen.com

Shauna Martin Ehlert
*Admitted Pro Hac Vice*
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Phone: (206) 340-1000
Fax: (206) 621-8783
Email: sehlert@cozen.com

Designation for Service Only:
Damon Schuetze
Nevada Bar No. 4047
Schuetze & McGaha
601 South Rancho Drive, Suite C-20
Las Vegas, NV 89106

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEDCHOICE RISK RETENTION GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>ROBERT G. RAND, M.D., and RAND FAMILY CARE LLC<br><br>Defendant. | Case No. 3:16-cv-00418-MMD-VPC<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [DKT. 65]**<br><br>**[SECOND REQUEST[1]]** |

---

[1] The reply deadline was continued once to accommodate a stipulated continuance for Defendants' Response.

JOINT STIPULATION TO CONTINUE DEADLINE TO FILE PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [DKT. 65]

1

34998413\1

## JOINT STIPULATION

Plaintiff MedChoice Risk Retention Group, Inc. and Defendants Robert G. Rand, M.D. and Rand Family Care LLC, by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff MedChoice filed a Motion for Summary Judgment on February 5, 2018.

2. On February 16, 2018, the parties stipulated to an extension of time for newly retained counsel Matthew Sharp to respond to MedChoice's motion.

3. That stipulation extended the response deadline from February 26, 2018 to March 19, 2018 and extended the reply deadline from March 12, 2018 to April 2, 2018.

4. The Court granted the stipulated continuation of deadlines, and Defendants served their response brief on March 19, 2018.

3. MedChoice is now requesting additional time to reply in support of its Motion for Summary Judgment to accommodate client schedules and to the intervening Easter holiday;

4. Therefore, the parties jointly request that the Court extend the deadline to file Plaintiffs' Reply from April 2, 2018 to **April 16, 2018**.

5. The parties submit that this request is not made for the purposes of delay but for purposes of judicial economy.

JOINT STIPULATION TO CONTINUE DEADLINE TO FILE PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [DKT. 65]

2

34998413\1

Respectfully submitted this 28th day of March, 2018.

| COZEN O'CONNOR | MATTHEW L. SHARP, LTD. |
|---|---|
| By: _/s/ Shauna Martin Ehlert_<br>Michael W. Melendez,<br>Nevada Bar No. 6741<br>575 Market Street, Suite 2200<br>San Francisco, California 94105<br>Phone: (415) 644-0914<br>Email: mmelendez@cozen.com<br><br>Shauna Martin Ehlert<br>*Admitted Pro Hac Vice*<br>999 Third Avenue, Suite 1900<br>Seattle, Washington 98104<br>Phone: (206) 340-1000<br>Email: sehlert@cozen.com<br><br>*Attorneys for Plaintiff* | By: _/s/ Matthew L. Sharp_ (Per Email Authorization)<br>Matthew L. Sharp<br>Nevada Bar No. 4746<br>432 Ridge Street<br>Reno, NV 89501<br>Phone: (775) 324-1500<br>Fax: (775) 284-0675<br>Email: matt@mattsharplaw.com<br><br>*Attorneys for Defendants* |

The deadline for Plaintiffs' Reply is extended from April 2, 2018 to April 16, 2018.

IT IS SO ORDERED.

Dated: __March 28, 2018__  _____
U.S. District Judge

JOINT STIPULATION TO CONTINUE DEADLINE TO FILE PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [DKT. 65]
3

34998413\1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document was served on March 28, 2018 via the Court's CM/ECF system, to all registered participants as identified on the Notice of Electronic Filing.

                                                */s/ Shauna Martin Ehlert*
                                                 Shauna Martin Ehlert

JOINT STIPULATION TO CONTINUE DEADLINE TO FILE PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [DKT. 65]
4

34998413\1