Michael W. Melendez
Nevada Bar No. 6741
COZEN O'CONNOR
3735 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Phone: (702) 470-2330
Fax: (702) 470-2370
Email: mmelendez@cozen.com

Shauna Martin Ehlert
*Admitted Pro Hac Vice*
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Phone: (206) 340-1000
Fax: (206) 621-8783
Email: sehlert@cozen.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEDCHOICE RISK RETENTION GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>ROBERT G. RAND, M.D., and RAND FAMILY CARE LLC<br><br>Defendant. | Case No. 3:16-cv-00418-MMD-WGC<br>**ORDER GRANTING MOTION TO WITHDRAW ATTORNEY** |

Plaintiff, MedChoice Risk Retention Group, Inc. requests that counsel designated for service:

Damon Schuetze
Nevada Bar No. 4047
Schuetze & McGaha
601 South Rancho Drive, Suite C-20
Las Vegas, NV 89106
Email: das@smlvlaw.net

be withdrawn as being a party in this matter and removed from receiving service.

Cozen O'Connor now has an office in Nevada. All pleadings and correspondence should now be directed to:

> Michael W. Melendez
> Cozen O'Connor
> 3735 Howard Hughes Parkway
> Suite 200
> Las Vegas, Nevada 89169
> Tel: (702) 470-2330

Email addresses remain the same.

AGREED TO REMOVAL.

Dated: November 12, 2018

SCHUETZE & McGAHA

By: */s/ Damon A. Schuetze*
 Damon A. Schuetze
 Nevada Bar No. 4047
 601 South Rancho Drive, Suite C-20
 Las Vegas, Nevada 89106
 Email: das@smlvlaw.net

COZEN O'CONNOR

By: */s/ Michael W. Melendez*
 Michael W. Melendez
 Nevada Bar No. 6741
 3735 Howard Hughes Parkway, Suite 200
 Las Vegas, Nevada 89169
 Email: mmelendez@cozen.com

 Shauna Martin Ehlert
 *Pro Hac Vice*
 999 Third Avenue, Suite 1900
 Seattle, Washington 98104
 Email: sehlert@cozen.com

 *Attorneys for Plaintiff*

**ORDER**

SO ORDERED.

Dated: **November 14, 2018**

*William G. Cobb*
Judge of the United States District Court